IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLAYTON PHILLIP HOLT, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00337-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 4, 2023 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $ **10,137.99** in attorney's fees, expenses in the amount of **$24.02**, and costs in the amount of **$402.00**.

This 7th day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk