IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLAYTON PHILLIP HOLT, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00337-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed September 4, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 11,188.50.

This 4th day of September, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk